*Frederick W. Scholem* for petitioner. *Miles F. McDonald* and *William I. Siegel* for respondent.

No. 345, Misc. RUSHKOWSKI *v.* BURKE, WARDEN, ET AL. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c).

No. 349, Misc. HIRONS *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 353, Misc. PARSONS *v.* MOORE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 354, Misc. BROWN *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 360, Misc. MATHEWS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 364, Misc. COKER *v.* CALIFORNIA. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 377, Misc. DENNY *v.* INDIANA. Circuit Court of Clay County, Indiana. Certiorari denied.

No. 66. LUTWAK ET AL. *v.* UNITED STATES, 344 U. S. 604;

No. 490. WHETSTONE *v.* SAUBER, DIRECTOR OF INTERNAL REVENUE, 344 U. S. 928; and

No. 325, Misc. GADSDEN *v.* UNITED STATES, 344 U. S. 935. Petitions for rehearing denied.